**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TANIA IVETTE VENEGAS-GALAZ, | No. 12-72863 |
| Petitioner, | Agency No. A099-634-607 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 17, 2015[**]

Before:      O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Tania Ivette Venegas-Galaz, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's ("IJ") decision denying her application for asylum

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

In denying Venegas-Galaz's claims for asylum and withholding of removal the BIA upheld the IJ's adverse credibility determination.  Venegas-Galaz does not raise any challenge to this dispositive determination.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).  Thus, we deny the petition.

**PETITION FOR REVIEW DENIED.**